### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

UPAID SYSTEMS v. SATYAM COMPUTER SERVICES          Case No. 08CV1121WQH(RBB)
**Time Spent:**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE          Rptr.

Attorneys
    Plaintiffs                                    Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

Magistrate Judge Ruben B. Brooks recuses himself from the above-referenced case. Case transferred to Magistrate Judge William McCurine, Jr.

DATE: June 25, 2008          IT IS SO ORDERED:   /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Hayes                                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\UPAID1121\Minutes01.wpd