UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPAID SYSTEMS, LTD., a British Virgin Island corporation,<br><br>                        Plaintiff,<br>v.<br><br>SATYAM COMPUTER SERVICES, LTD., an Indian corporation, and RAGHURAM GOVIDACHARYULA<br><br>                        Defendants. | Civil No.08cv1121 WQH (WMc)<br><br>**ORDER** |

      The Court has received Plaintiffs' Motion to Quash. [Doc. No. 1.] Plaintiff is ordered to serve Defendants with a copy of the Motion and all other orders issued in this case in accordance with the Federal Rules of Civil Procedure and file a proof of service with this Court **no later than July 29, 2008.**

      A hearing on Plaintiff's Motion to Quash shall be held on **September 2, 2008 at 2:00 p.m.** before the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front St., Courtroom C, San Diego, CA 92101. Questions regarding this matter may be directed to the Magistrate Judge's Law Clerk at (619) 557-6624.

      **IT IS SO ORDERED.**

DATED: July 1, 2008

                                                    Hon. William McCurine, Jr.
                                                    U.S. Magistrate Judge
                                                    United States District Court